# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MARJORIE THOMPSON & JOHN THOMPSON,** | : | CIVIL ACTION NO. 1:07-CV-0840 |
| Plaintiffs | : | (Judge Conner) |
| v. | : | |
| **CITY OF HARRISBURG, et al.,** | : | |
| Defendants | : | |

## ORDER

AND NOW, this 11th day of September, 2007, upon consideration of the motion to deem timely filed the responsive pleading of defendants George Sullivan and Arlie Gibson (Doc. 8), and of the order of court dated August 24, 2007 (Doc. 13), advising plaintiffs that the motion would be deemed unopposed if plaintiffs failed to show cause why it should not be granted on or before September 4, 2007, and it appearing that plaintiffs have not filed such a response as of the date of this order, it is hereby ORDERED that:

1. The motion (Doc. 8) is GRANTED.

2. The responsive pleading filed by defendants George Sullivan and Arlie Gibson (Doc. 9) is DEEMED timely filed.

   S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge